United States District Court
Southern District of Texas
**ENTERED**
April 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MADELINE STEIGERWALD, INDIVIDUALLY AND AS NEXT FRIEND OF M.S., § § § § | |
| Plaintiffs. § § | |
| VS. § | CIVIL ACTION NO. 3:19–CV–00394 |
| WAL-MART STORES TEXAS, LLC, § § § | |
| Defendant. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On February 24, 2020, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 26. On March 31, 2020, Judge Edison filed a Memorandum and Recommendation (Dkt. 39) recommending that Defendant's Rule 12(b)(6) Motion to Dismiss (Dkt. 10) be **GRANTED** and Plaintiff's Alternative Motion for Leave to Amend Pleading (Dkt. 31) be **DENIED**.

No objections to the Memorandum and Recommendation have been filed. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, Fed. R. Civ. P. 72(b)(3).

2

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 39) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Alternative Motion for Leave to Amend Pleading (Dkt. 31) is **DENIED**; and

(3) Defendant's Rule 12(b)(6) Motion to Dismiss (Dkt. 10) is **GRANTED**.

It is so **ORDERED**.

SIGNED on Galveston Island this 15th day of April, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE